IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOREEN BERGER; TESSA CHARLES; ANITRA HAMPE; LORI ANN KLOPP; SABRINA SCHOMBURG; LISA STAHL; AND RANDY STROUP,<br>　　　　　　Plaintiffs<br>　　v.<br><br>SPRINGS WINDOW FASHIONS, a limited liability corporation,<br>　　　　　　Defendant | : No. 4:23cv1557<br>:<br>: (Judge Munley)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, to wit, this 29th day of July 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendant's motion to dismiss, (Doc. 11), is **GRANTED**;

2) Defendant's motion to dismiss is **GRANTED** with prejudice with regard to:

   a) plaintiffs' Section 1983 claims arising out of the Fourteenth Amendment, and b) plaintiffs' claims under the Pennsylvania Constitution;

3) Defendant's motion to dismiss is **GRANTED** without prejudice with regard to plaintiffs' religious discrimination claims under Title VII and the PHRA;

4) Plaintiffs' request for leave to file a second amended complaint is **GRANTED** only with respect to plaintiffs' religious discrimination claims under Title VII and the PHRA; and

5) Within twenty (20) days of this order, plaintiffs shall file a second amended complaint that comports with the court's rulings on the defendant's motion to dismiss as set forth in the memorandum.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court