IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOREEN BERGER; TESSA       :       No. 4:23cv1557
CHARLES; ANITRA HAMPE;     :
LORI ANN KLOPP; SABRINA    :       (Judge Munley)
SCHOMBURG; LISA STAHL;     :
AND RANDY STROUP,          :
              Plaintiffs   :
    v.                         :
                       :
SPRINGS WINDOW FASHIONS, a  :
limited liability corporation,  :
              Defendant    :

## ORDER

**AND NOW**, to wit, this _14_ day of July 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendant's partial motion to dismiss, (Doc. 27), is **GRANTED IN PART** and **DENIED IN PART**;

2) The motion is **GRANTED** as to all claims asserted by Anitra Hampe under Title VII and the PHRA. Those claims are **DISMISSED WITH PREJUDICE**;

3) As a result, Hampe is **DISMISSED** from this action;

4) The motion to dismiss is **GRANTED** as to Sabrina Schomburg's Title VII claims, which are **DISMISSED WITH PREJUDICE**;

5) The motion is **DENIED** in all other respects. Specifically:

a. Randy Stroup's Title VII and PHRA failure to accommodate claims shall proceed;

b. Schomburg's PHRA claims shall proceed;

c. Except as to Hampe, the remaining plaintiffs' disparate treatment claims under Title VII and the PHRA shall proceed; and

d. The Title VII and PHRA claims asserted by Doreen Berger, Tessa Charles, Lori Ann Klopp, and Lisa Stahl shall also proceed.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court

2